**Kamal MATIAN, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–77276.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007.*

Filed Dec. 28, 2007.

Lea Greenberger, Attorney at Law, Encino, CA, for Petitioner.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, William C. Minick, Esq., Angela N. Liang, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

MEMORANDUM **

Kamal Matian, a native and citizen of Iran, petitions for review of an order of the

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Board of Immigration Appeals dismissing his appeal from an immigration judge's deportation order, which denied all relief except protection under the Convention Against Torture. We have jurisdiction pursuant to 8 U.S.C. § 1252, *Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1163 (9th Cir.2006), and we deny the petition for review.

Matian's sole contention, that he is eligible for relief under former § 212(c), is foreclosed by *Armendariz–Montoya v. Sonchik,* 291 F.3d 1116, 1121–22 (9th Cir. 2002) (holding that aliens who "pleaded not guilty and elected a jury trial ... [are] barred from seeking § 212(c) relief"). *See also Saravia–Paguada v. Gonzales,* 488 F.3d 1122, 1131–34 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**

